In the Matter of the Application of KATHRYN M. MASON, Appellant, against THE TEACHERS RETIREMENT BOARD, Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

In the Matter of the Petition of SAMUEL M. MEEKER for the Settlement of His Intermediate Account as Successor Trustee under the Last Will and Testament of AUGUSTUS A. LEVERICH, Deceased. BENJAMIN GROBERG, as Receiver in Supplementary Proceedings, and Others, Appellants; CHRISTOPHER W. WOHLERS, Respondent.— Motion for leave to file nunc pro tunc a verified statement and demand and to have the case resettled so as to include copies thereof and of certain other papers granted. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

In the Matter of the Transfer Tax upon the Estate of A. ALBERT SACK, Deceased. — Motion for leave to file a brief amicus curiœ granted. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

In the Matter of the Application of FRANK R. SHERMAN, Appellant, against WILLIAM E. WALSH and Others, Respondents.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

In the Matter of the Petition of SYLVESTER SIRIGNANO, Respondent, to Register the Title to Certain Lands. MARION DE VRIES and Others, Appellants.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

RAY LEVY, Respondent, v. UTRECHT BUILDING CORPORATION and Others, Defendants, and B. GOETZ & BRO., INC., and Others, Appellants.— Motion to direct appellants to loan minutes to plaintiff and to adjourn argument of appeal granted. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

MAX MEYERS, Appellant, v. AARON LEVIN, Respondent.— Motion for stay pending appeal granted upon condition that appellant perfect the appeal for Friday, April 10, 1931 (for which day the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

SOPHIE MOURIE, as Administratrix, etc., of ARCHIE MOURIE, Deceased, Appellant, v. JOHN F. BERTRAM, Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.